```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBERT POLLAS,                                               :
                                                             :
                              Plaintiff,                     :        22-CV-10207 (PGG) (OTW)
                                                             :
              -against-                                      :        ORDER
                                                             :
UNITED PARCEL SERVICE, INC.,                                 :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 21, Plaintiff's request for an extension to file his amended complaint. Plaintiff's time to file an amended complaint is extended to **April 7, 2023**.

The Court reminds Plaintiff of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for *pro se* litigants. Plaintiff may visit the NYLAG clinic's website at nylag.org/pro-se-clinic/ or call (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                             *s/ Ona T. Wang*

Dated: March 10, 2023                              **Ona T. Wang**
      New York, New York                    United States Magistrate Judge