UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERT POLLAS,                                          :
                                                        :
        Plaintiff,                              :
                                                        :       22-CV-10207 (PGG)(OTW)
        -against-                              :
                                                        :       **ORDER**
UNITED PARCEL SERVICE, INC.,                            :
                                                        :
        Defendant.                              :
                                                        :
                                                        :
-----------------------------------------------------------x

**ONA T. WANG**, United States Magistrate Judge:

On March 10, 2023, the Court extended *pro se* Plaintiff's time to file an amended complaint to April 7, 2023. (ECF 22). To date, Plaintiff has not filed an amended complaint or had any other communication with the Court.

The Court again notes that if Plaintiff amended his complaint to add his coworkers as defendants, this Court would no longer have diversity jurisdiction over the case and the case would be remanded back to state court. (*See* ECF 19); *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978) ("[D]iversity jurisdiction does not exist unless each defendant is a citizen of a different State from each plaintiff").

Plaintiff's time to file an amended complaint is extended, *nunc pro tunc*, to **August 25, 2023**. Defendant is directed to serve a copy of this Order on the *pro se* Plaintiff and file proof of service on the docket.

        SO ORDERED.

                                                                      *s/ Ona T. Wang*
Dated: June 16, 2023                                     **Ona T. Wang**
        New York, New York                       United States Magistrate Judge