**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ROBERT POLLAS,

          Plaintiff,

       -against-

UNITED PARCEL SERVICE, INC.,

          Defendant.

------------------------------------------------------------x

22-CV-10207 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court is in receipt of Plaintiff's motion for permission for electronic case filing. (ECF 10). It has come to the Court's attention that Plaintiff did not fully complete the form. (*See* Ex. "A"). In order to receive permission for electronic case filing, Plaintiff must fill out **all sections** of the form. Plaintiff's motion (ECF 10) is **DENIED WITHOUT PREJUDICE**.

    The *Pro Se* Office is located in the United States Courthouse, 40 Foley Square, Room 105, New York, New York (telephone 212-805-0175) and can assist *pro se* litigants in connection with court procedures.

    The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff along with a blank "Motion for Permission for Electronic Case Filing" form and file proof of service on the docket.

    The Clerk of Court is respectfully directed to close ECF 10.

    SO ORDERED.

Dated: September 7, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Robert B Pollas_

Write the full name of each plaintiff or petitioner.

No. _CV 22CV10207_

-against-

_United parcel Service_

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

Write the full name of each defendant or respondent.

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _____.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☐ a computer with internet access and a word processor

    type of computer I will be using: _____

_____

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

_____

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

12/23/22
Dated

[Signature]
Signature

Robert B Pollos
Name

1081 Tiffany st apt 2B    Bronx    NY    10459
Address              City    State    Zip Code

(347)693-3671
Telephone Number

robertJrPollos@aol.com
E-mail Address

2