UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT POLLAS,

                 Plaintiff,

-against-

UNITED PARCEL SERVICE, INC.,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/19/2024

22-CV-10207 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Ona T. Wang for all General Pretrial Purposes, including settlement. All orders, dates, and deadlines imposed by Magistrate Judge Wang likewise remain in effect, and applications concerning those matters should continue to be directed to Magistrate Judge Wang.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 19, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge