UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ROBERT POLLAS,

        Plaintiff,

-against-

UNITED PARCEL SERVICE, INC.,

        Defendant.

-----------------------------------------------------------x

22-CV-10207 (MMG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person Status Conference in this case on August 6, 2024. Both parties appeared at the conference. At the conference, *pro se* Plaintiff indicated that he did not intend to withdraw his motion for remand, and that he seeks to have his case remanded to state court.

Plaintiff's time to file an amended complaint is extended, *nunc pro tunc*, to **August 20, 2024**.

Defendant is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: August 7, 2024
       New York, New York

**Ona T. Wang**
United States Magistrate Judge