**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ROBERT POLLAS,

        Plaintiff,

        -against-

UNITED PARCEL SERVICE, INC.,

        Defendant.

------------------------------------------------------------x

22-CV-10207 (MMG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In a letter dated August 21, 2024, Defendant requested leave from the Court to prepare a supplemental response to Plaintiff's motion for remand (ECF 44) in order to investigate the citizenship of the new parties that Plaintiff added to this action in his Amended Complaint (ECF 41). The Court granted Defendant's request but did not set a briefing schedule. (ECF 45). Accordingly, it is hereby ordered that:

- Defendant's response, if any, to Plaintiff's motion for remand, is due by **Friday, September 13, 2024**.

- Plaintiff is not obligated to reply, but, if he wishes to do so, his reply to Defendant's anticipated response is due by **Friday, September 20, 2024**.

Defendant is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of service on the docket.

        **SO ORDERED.**

Dated: September 10, 2024
New York, New York

                  *s/ Ona T. Wang*
                  **Ona T. Wang**
                  United States Magistrate Judge